**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 28, 2022

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Dicks v. Kentucky Branded, LLC;* Case No. 1:22-cv-07648-JPC

Dear Judge Cronan:

We represent Defendant Kentucky Branded, LLC ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from November 30, 2022 to December 30, 2022.

Defendant's counsel was only recently retained. Defendant's counsel made multiple attempts to secure plaintiff's counsel's consent to this requested extension, but has received no response to any of these attempts. The requested extension is sought to permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. This Court granted one prior extension on November 1, 2022. (Dkt. #8).

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

The request is granted.  Defendant shall respond to the Complaint by December 30, 2022.

SO ORDERED
Date: November 29, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms