![Dentons logo]

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D    +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 28, 2022

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Dicks v. Kentucky Branded, LLC,* Case No. 1:22-cv-07648-JPC

Dear Judge Cronan:

We represent Defendant Kentucky Branded, LLC. ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from December 30, 2022 to January 30, 2023.

Defendant's counsel made multiple attempts to secure Plaintiff's counsel's consent to this requested extension but has received no response to any of these attempts. This requested extension will facilitate the parties' efforts to directly negotiate the voluntary dismissal of all claims asserted in this action without further litigation. This Court granted a prior extension on November 29, 2022 (Dkt #10).

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:    All counsel of record (by ECF)

**Sirote ►  Adepetun Caxton-Martins Agbor & Segun ►  Davis Brown ►  East African Law Chambers ►  Eric Silwamba, Jalasi and Linyama ►
Durham Jones & Pinegar ►  LEAD Advogados ►  Rattagan Macchiavello Arocena ►  Jiménez de Aréchaga, Viana & Brause ►  Lee International ►
Kensington Swan ►  Bingham Greenebaum ►  Cohen & Grigsby ►  Sayarh & Menjra ►** For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms