

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 26, 2023

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Dicks v. Kentucky Branded, LLC,* Case No. 1:22-cv-07648-JPC

Dear Judge Cronan:

We represent Defendant Kentucky Branded, LLC. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days from January 26, 2023 to March 13, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

The request is granted.  Defendant shall answer or otherwise respond to the Complaint by March 13, 2023.

SO ORDERED
Date: January 27, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

**Sirote ►  Adepetun Caxton-Martins Agbor & Segun ►  Davis Brown ►  East African Law Chambers ►  Eric Silwamba, Jalasi and Linyama ►
Durham Jones & Pinegar ►  LEAD Advogados ►  Rattagan Macchiavello Arocena ►  Jiménez de Aréchaga, Viana & Brause ►  Lee International ►
Kensington Swan ►  Bingham Greenebaum ►  Cohen & Grigsby ►  Sayarh & Menjra ►  For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms**